IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

SANDRA KING, as the Personal
Representative of the Estate of ELIM KING

    Plaintiff,

v.

RIVER HAWK WEST INDIES, INC.,

    Defendant.

CIVIL NO. SX-10-CV-05

JURY TRIAL DEMANDED

## JUDGMENT

This matter is before the Court on the stipulation of the parties for entry of judgment. Upon consideration of the matters before the Court, Judgment is hereby entered in the amount of $3,500,000 against the defendant, River Hawk West Indies, Inc., and in favor of the plaintiff, Sandra King, the personal representative of the Estate of Elim King.

Dated: October 7, 2011

GEORGE W. CANNON
U.S. MAGISTRATE JUDGE

ATTEST: WILFREDO MORALES
Clerk of Court

BY: _____
Deputy Clerk